No. 654. IRVING TRUST CO., RECEIVER, *v.* COMPANIA MEXICANA DE PETROLEO " LA LIBERTAD," S.A., ET AL. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. M. Richardson Lyeth* for petitioner. *Mr. William M. Chadbourne* for respondents.

No. 542. McCLEARY *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Warren E. Miller* and *John W. Mahan* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Will G. Beardslee* and *W. Clifton Stone* for the United States.

No. 550. ALVORD *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Warren E. Miller* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Will G. Beardslee* and *W. Marvin Smith* for the United States.

No. 710. PETERSON *v.* ALABAMA. January 22, 1934. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles H. Houston* for petitioner. No appearance for respondent.

No. 652. ST. LOUIS-SAN FRANCISCO RY. CO. *v.* McCOMMON. January 22, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Harry*

*P. Warner, Edward T. Miller,* and *Cecil R. Warner* for petitioner. *Mr. David S. Partain* for respondent.

No. 653. NEW AMSTERDAM CASUALTY CO. *v.* UNITED STATES. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Joseph A. Cantrel* for petitioner. *Solicitor General Biggs* and *Mr. Amos W. W. Woodcock* for the United States.

No. 658. BENDER ET AL. *v.* LAMB. January 22, 1934. Petition for writ of certiorari to the District Court of Appeal, Fourth Appellate District, of California, denied. *Mr. John O. Bender* for petitioners. *Mr. Benjamin S. Crow* for respondent.

No. 661. DOWNEY ET AL. *v.* HALE. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Daniel A. Shea* for petitioners. *Mr. Joseph E. Warner* for respondent.

No. 670. McCORMICK *v.* UNITED STATES. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. McCormick, pro se. Assistant Attorney General Wideman, Solicitor General Biggs,* and *Messrs. Sewall Key, John H. McEvers,* and *W. Marvin Smith* for the United States.

No. 671. MUNSON INLAND WATER LINES, INC. *v.* KUNKEL. January 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Cir-